UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN TIMMERMAN, an individual,       )<br>                                                             )<br>                        Plaintiff,              )<br>                                                             )<br>  v.                                                        )<br>                                                             )<br>GILA LLC dba MSB GOVERNMENT  )<br>SERVICES aka MUNICIPAL SERVICES )<br>BUREAU,  a Texas Limited Liability       )<br>Company,                                              )<br>                                                             )<br>                        Defendant.          )<br>                                                             )<br>                                                             ) | CASE NO.:  3:15-cv-02053-WHO<br><br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL WITH**<br>**PREJUDICE** |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).  Each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED:  September 9, 2015

_____
U.S. DISTRICT COURT JUDGE
WILIAM H. ORRICK

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE